UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| IBRAHIM NASR IBRAHIM,<br><br>Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 4:26-CV-04034-KES<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING MOVANT'S § 2255 MOTION |

Movant, Ibrahim Nasr Ibrahim, filed a motion under 28 U.S.C. § 2255 to vacate, correct, or set aside his sentence. Docket 1. Respondent moves to dismiss the motion for failure to state a claim. Docket 21. The matter was referred to United States Magistrate Judge Veronica L. Duffy under 28 U.S.C. § 636(b)(1)(B) and the District of South Dakota's Civil Local Rule 72.1.A.2(b), which designates to the magistrate judge the duty to prepare proposed findings and recommendations for the disposition of habeas petitions. Magistrate Judge Duffy ordered the parties to show cause why Ibrahim's motion is or is not untimely. Docket 3 at 5. The United States filed a response to the order to show cause and requested that Ibrahim's § 2255 motion be dismissed. Docket 6. Ibrahim did not respond to the order to show cause.

On March 16, 2026, Magistrate Judge Duffy submitted a report and recommended that Ibrahim's § 2255 motion be dismissed with prejudice as untimely. Docket 7 at 6. The United States has no objection to the report and

recommendation. Docket 9. The time for objecting to the report and recommendation has passed, and Ibrahim has not filed any objections. *See* Docket 7 at 6. The court has considered the case de novo and adopts the report and recommendation in full. Thus, it is ORDERED:

1.  That the magistrate judge's report and recommendation (Docket 7) is adopted in full.

2.  That Ibrahim's § 2255 motion is dismissed with prejudice as untimely.

3.  For the reasons set forth herein and pursuant to Fed. R. App. P. 22(b), the court finds that Ibrahim has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Thus, a certificate of appealability is denied.

DATED April 13, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE

2