UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| IBRAHIM NASR IBRAHIM, <br><br> Movant, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | 4:26-CV-04034-KES <br><br><br> JUDGMENT |

Under the Order Adopting Report and Recommendation and Dismissing Movant's § 2255 Motion, it is

ORDERED, ADJUDGED, AND DECREED that judgment with prejudice is entered in favor of respondent and against movant, Ibrahim Nasr Ibrahim.

DATED April 13, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE