UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| IBRAHIM NASR IBRAHIM, <br><br> Movant, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | 4:26-CV-04034-KES <br><br><br> ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL |

Movant, Ibrahim Nasr Ibrahim, filed a motion under 28 U.S.C. § 2255 to vacate, correct, or set aside his sentence. Docket 1. The court dismissed Ibrahim's § 2255 motion with prejudice as untimely, entered judgment in favor of respondent, and denied a certificate of appealability. Dockets 10, 11. Ibrahim filed a notice of appeal (Docket 12) and a motion for leave to proceed in forma pauperis on appeal (Docket 13).

The Eighth Circuit historically has looked to district courts to rule on in forma pauperis motions for appeal and has held that the filing-fee provisions of the Prison Litigation Reform Act do not apply to habeas corpus actions. *Malave v. Hedrick*, 271 F.3d 1139, 1140 (8th Cir. 2001) (per curiam). To determine whether a habeas petitioner qualifies for in forma pauperis status, the court need only assess (1) whether the petitioner can afford to pay the full filing fee, and (2) whether the petitioner's appeal is taken in "good faith." 28 U.S.C. § 1915(a)(1), (3). Federal Rule of Appellate Procedure 24(a)(3) also provides that

"[a] party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization" unless the district court certifies that the appeal is not taken in good faith. Fed. R. App. P. 24(a)(3).

Ibrahim's appeal appears to be taken in good faith. In his underlying criminal proceeding, *United States v. Ibrahim*, 4:21-CR-40070-KES (D.S.D.), Ibrahim was determined to be financially unable to obtain an adequate defense and was represented by court-appointed counsel. *Id.* at Docket 8. Ibrahim's application to proceed in forma pauperis on appeal demonstrates his inability to pay the $605.00 appellate filing fee. *See* Docket 13. Thus, it is ORDERED that Ibrahim's motion for leave to proceed in forma pauperis on appeal, Docket 13, is granted.

DATED May 28, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE